**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHANE LEE HILL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-888** |
| **GERALD A. TURLICH, ET AL.** | **SECTION "H"** |

## <u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 18) and Plaintiff's objections to the R&R (Doc. 19) hereby approves the R&R of the United States Magistrate Judge and adopts it as this Court's opinion in this matter except to the extent modified by this Order.

The R&R recommends dismissal with prejudice of Plaintiff's federal claims against Defendant Correctional Food Service ("CFS") for failure to state a claim.[1] In response, Plaintiff confirms that he "did not allege any federal civil rights claims against Correctional Food Service" and his "only claim against 'CFS' is merely a matter of state law."[2]

Accordingly,

**IT IS ORDERED** that to the extent Plaintiff's Complaint can be construed as asserting federal civil rights claims against Defendant

---

[1] The R&R further recommends that the Court decline to exercise supplemental subject matter jurisdiction over Plaintiff's state law claims against CFS and dismiss said claims without prejudice. As to his state law claims, "Plaintiff makes no objection to the Court's refusal to exercise supplemental jurisdiction." Doc. 19 at 2. Accordingly, the Court adopts the Magistrate Judge's recommendation regarding Plaintiff's state law claims against CFS without modification.

[2] Doc. 19 at 1.

Correctional Food Service, those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims against Defendant Correctional Food Service under 28 U.S.C. § 1367(c) and that such claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana this 19th day of May, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**